UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIUS SIMMONS,

    Plaintiff,                                      Civil Action No. 20-CV-12750

vs.                                              HON. BERNARD A. FRIEDMAN

COLONIAL LIFE & ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        This matter is presently before the Court on defendant's motion to dismiss [docket entry 19]. Magistrate Judge David R. Grand has issued a report and recommendation ("R&R") in which he recommends that this motion be granted. Neither party has objected to the R&R, and the objection period has expired. The Court has reviewed the complaint, the motion papers, and the R&R, and agrees with the magistrate judge's analysis and recommendation. Accordingly,

        IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

        IT IS FURTHER ORDERED that defendant's motion to dismiss is granted.

                                                  s/Bernard A. Friedman
Dated: March 15, 2021                  BERNARD A. FRIEDMAN
      Detroit, Michigan              SENIOR U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on March 15, 2021.

| | |
|---|---|
| Darius Simmons<br>428 Beechwood<br>River Rouge, MI 48218 | s/Johnetta M. Curry-Williams<br>Case Manager |